IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JIMMY PARIS | PLAINTIFF |
| V.         NO. 5:08CV0074 | |
| UNION PACIFIC RAILROAD COMPANY, AND ARKANSAS MIDLAND RAILROAD COMPANY, INC. | DEFENDANT |

**ORDER**

Pending is the motion of Separate Defendant Union Pacific Railroad Company to transfer. (Docket # 8). No objections have been filed. Defendant requests that the Court transfer this case to the Western Division of the Court pursuant to 28 U.S.C. §1404(b) so that it can seek the consolidation of this case with a related lawsuit, *Jimmy Paris v. Union Pacific Railroad Company*, 4:04CV00656JLH.

28 U.S.C. §1404 (b) provides:

**(b)** Upon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district. . . .

Plaintiff does not object to the transfer and no objection has been filed by Separate Defendant Midland Railroad Company, Inc. Accordingly the Court finds that the transfer of this case to the Western Division of the Court is proper, Defendant's motion to transfer is granted. The Clerk of the Court is directed to transfer this action to the Western Division of the Court.

IT IS SO ORDERED this 20th day of May, 2008.

_____
James M. Moody
United States District Judge